CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BLVD., SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:   (916) 487-5441
FACSIMILE:    (916) 487-5440

Attorneys for D.A. Dabbagh, individually and as Trustee
of D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable
Family Trust; Jeanne M. Dabbagh, individually and as
Trustee of D.A. Dabbagh and Jeanne M. Dabbagh 1985
Revocable Family Trust

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | CASE NO: . 05-CV-2438 LKK GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| D.A. DABBAGH, INDIVIDUALLY AND AS TRUSTEE OF D.A. DABBAGH AND JEANNE M. DABBAGH 1985 REVOCABLE FAMILY TRUST; JEANNE M. DABBAGH, INDIVIDUALLY AND AS TRUSTEE OF D.A. DABBAGH AND JEANNE M. DABBAGH 1985 REVOCABLE FAMILY TRUST | **FRCP 41(a)(1)** |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff Scott Johnson ("Plaintiff") and Defendants D.A. Dabbagh and Jeanne M. Dabbagh, individually and as Trustees of D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust (collectively "Defendants") have reached settlement of all claims brought by Plaintiff in the above entitled Action, and have executed a Mutual Release and Settlement Agreement.  Pursuant to said Mutual Release and Settlement Agreement between Plaintiff and Defendants, the parties, by and through counsel of record, hereby stipulate to the dismissal **with prejudice** of this Action in entirety, and any and all claims alleged whatsoever in this Action.

- 1 -

Outside of the terms of the Mutual Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

IT IS HEREBY STIPULATED by and between all parties to this Action that this Action, and all of Plaintiff's claims therein against all parties, be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: January 27, 2006

By: */s/ Scott Johnson*
Scott Johnson
Plaintiff

Dated: January 27, 2006

By: */s/ Catherine M. Corfee*
Catherine M. Corfee
Attorneys for D.A. Dabbagh, individually and as Trustee of D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust; Jeanne M. Dabbagh, individually and as Trustee of D.A. Dabbagh and Jeanne M. Dabbagh 1985 Revocable Family Trust

**ORDER**

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice in entirety.

Dated: February 2, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT